FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 06, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARYL DANITA CARBY,<br><br>                        Plaintiff,<br><br>      v.<br><br>UNITED STATES GOVERNMENT,<br>*et al*,<br><br>                        Defendant. | NO. 2:26-CV-0206-TOR<br><br>ORDER DISMISSING COMPLAINT |

BEFORE THE COURT is Plaintiff's Complaint (ECF No. 1). This action is one of many that Plaintiff has filed alleging meritless claims. *See, e.g.*, 2:26-CV-0026-TOR; 2:26-CV-0054-TOR; 2:26-CV-0122-TOR. A review of Plaintiff's complaint reveals it is no different. Therefore, the Court dismisses it pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

//

//

//

ORDER [ON ACTION] ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Plaintiff's Complaint (ECF No. 1) is **DISMISSED** with prejudice.

The District Court Executive is directed to enter this Order and Judgment accordingly, forward copies to Plaintiff, and **CLOSE** the file.

DATED July 6, 2026.



THOMAS O. RICE
United States District Judge

ORDER [ON ACTION] ~ 2