AO 450 (Rev. 11/11)  Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT

**Jul 09, 2026**

for the

Eastern District of Washington

SEAN F. MCAVOY, CLERK

CARYL DANITA CARBY,

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| UNITED STATES GOVERNMENT, | ) |
| et al, | ) |
| *Defendant* | ) |

Civil Action No.   2:26-CV-0206-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑  other:  Pursuant to the Order at ECF No. 5, Plaintiff's Complaint (ECF No. 1) is DISMISSED with prejudice.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge  Thomas O. Rice _____

Date:  7/9/2026 _____

*CLERK OF COURT*

s/Sean F. McAvoy
_____
*Signature of Clerk*